**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARY ANN NELCAMP, | : | Case No. 1:18-CV-17 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. |
| COMMISSIONER OF SOCIAL | : | Bowman |
| SECURITY, | : | |
| Defendant. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 17)**
**AND TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United

States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the

Magistrate Judge reviewed the pleadings and, on February 5, 2019, submitted a Report

and Recommendation (Doc.17). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter. Upon consideration of the foregoing, the Court does

determine that the Report and Recommendation should be and is hereby adopted in its

entirety. Accordingly:

1. The Report and Recommendation (Doc. 17) is **ADOPTED**;

2. The Commissioner's decision is **AFFIRMED**; and

3. The Clerk shall enter judgment accordingly, whereupon this case is
   **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: _____2/27/19_____          *s/ Timothy S. Black*_____
                                     Timothy S. Black
                                     United States District Judge